John M. Peebles (State Bar No. 237582)
A. Robert Rhoan (State Bar No. 231949)
FREDERICKS PEEBLES & MORGAN LLP
1001 Second Street
Sacramento, California 95814
Phone: (916) 441-2700
Fax:    (916) 441-2067

*Attorneys for Plaintiffs*

George Forman (State Bar No. 047822)
Jeffrey R. Keohane (State Bar No. 190201)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite E352
San Rafael, California 94903
Phone: (415) 491-2310
Fax:    (415) 491-2313
E-Mail: george@gformanlaw.com
        jeff@gformanlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, a federally recognized Indian Tribe, EDWARD BEAMAN, Individually and as Vice Chairman of the Timbisha Shoshone Tribe, VIRGINIA BECK, Individually and as Secretary/Treasurer of the Timbisha Shoshone Tribe, and CLEVELAND LYLE CASEY, Individually and as Executive Council Member of the Timbisha Shoshone Tribe,<br><br>   Plaintiffs,<br><br>  v.<br><br>JOSEPH KENNEDY, Individually and as Member of the Timbisha Shoshone Tribe Tribal Council, MADELINE ESTEVES, Individually and as Executive Council Member of the Timbisha Shoshone Tribe, PAULINE ESTEVES, an Individual, ANGELA BOLAND, an Individual, ERICK MASON, an Individual, and DOES 1 to 100, inclusive,<br><br>   Defendants. | CASE NO. 1:09-CV-01248-LJO-SMS<br><br>**STIPULATION TO FILE ANSWER OUT OF TIME AND ORDER THEREON** |

It is hereby stipulated by and between counsel for plaintiffs and defendants that defendants may file their answer out of time, provided that such answer is filed within 20 calendar days of entry of the Court's order approving this stipulation.

DATED: August 20, 2009       /s John M. Peebles
                             JOHN M. PEEBLES
                             Counsel for Plaintiff

DATED: August 20, 2009       /s George Forman
                             GEORGE FORMAN
                             Counsel for Defendants

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that defendants may file their answer out of time.

IT IS SO ORDERED.

**Dated:   August 24, 2009**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE