1

**IN THE UNITED STATES DISTRICT COURT**

2

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

3

4  TIMBISHA SHOSHONE TRIBE, EDWARD          CASE NO. CV F 09-1248 LJO SMS
   BEAMAN, VIRGINIA BECK, and
5  CLEAVELAND LYLE CASEY,

6                        Plaintiffs,          **ORDER TO RESET PRELIMINARY**
                                              **INJUNCTION BRIEFING SCHEDULING**
7
        vs.
8
   JOSEPH KENNEDY, MADELINE
9  ESTEVES, PAULINE ESTEVES, ANGELA
   BOLAND, and ERICK MASON,
10
                        Defendants.
11  _____/

12

13         Plaintiffs Timbisha Shoshone Tribe, Edward Beaman, Virginia Beck, and Cleaveland Lyle Casey

14  (collectively "Plaintiffs") move for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, against

15  defendants Joseph Kennedy, Madeline Esteves, Pauline Esteves, Angela Boland, and Erick Mason

16  (collectively "Defendants").  Plaintiffs set the preliminary injunction motion for a hearing to take place

17  on October 15, 2009 at 8:30 a.m.  Due to this Court's scheduling conflict, this Court RESETS the

18  preliminary injunction briefing schedule as follows:

19         1.    Defendants' opposition, if any, shall be filed no later than **September 30, 2009**;

20         2.    Plaintiffs' reply, if any, shall be filed no later than **October 6, 2009**;

21         3.    The October 15, 2009 hearing on this motion is VACATED.  After reviewing the parties'

22               documents, this Court will determine whether to make a decision on the motion without

23               a hearing, pursuant to Local Rule 78-230(h), or whether to reschedule a hearing on this

24               motion.

25  IT IS SO ORDERED.

26  **Dated:    September 24, 2009**              _/s/ Lawrence J. O'Neill_
                                                UNITED STATES DISTRICT JUDGE
27

28

                                               1