IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, EDWARD BEAMAN, VIRGINIA BECK, and CLEAVELAND LYLE CASEY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JOSEPH KENNEDY, MADELINE ESTEVES, PAULINE ESTEVES, ANGELA BOLAND, and ERICK MASON,<br><br>          Defendants._____ / | CASE NO. CV F 09-1248 LJO SMS<br><br>**SECOND ORDER TO RESET PRELIMINARY INJUNCTION BRIEFING SCHEDULING** |

Plaintiffs Timbisha Shoshone Tribe, Edward Beaman, Virginia Beck, and Cleaveland Lyle Casey (collectively "Plaintiffs") move for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, against defendants Joseph Kennedy, Madeline Esteves, Pauline Esteves, Angela Boland, and Erick Mason (collectively "Defendants"). This Court reset the briefing schedule on Plaintiffs' preliminary injunction motion on September 24, 2009. The next day, Defendants moved for an extension of time in which to oppose this motion. Defendants submit that an extension of time is necessary, because the discovery documents they need to oppose this motion are not in their custody, Defendants have a difficult time communicating with their counsel as they are without telephone and internet connection on a consistent basis, and Defendants' lead counsel is unavailable one day to observe a religious holiday. Defendants

1  indicate that Plaintiffs do not oppose this motion.

2       Based on Plaintiffs' request and this Court's schedule, this Court sets the following briefing
3  schedule on Plaintiffs' preliminary injunction motion:

4       1.   Defendants' opposition, if any, shall be filed no later than **October 6, 2009**; and

5       2.   Plaintiffs' reply, if any, shall be filed no later than **October 13, 2009**.

6  IT IS SO ORDERED.

7  **Dated:    September 28, 2009**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE